IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **A.C. and D.C., parents and natural guardians, and on behalf of minor plaintiff, C.C.**<br><br>**Plaintiff,**<br>v.<br><br>**OWEN J. ROBERTS SCHOOL DISTRICT**<br><br>**Defendants.** | **CIVIL ACTION NO. 20-196** |

## ORDER

**AND NOW**, this 29th day of March 2021, upon consideration of the Motions for Judgment on the Administrative Record, the responses and replies thereto, after careful review of the administrative record, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that Plaintiffs' Motion [Doc. No. 10] is **DENIED** and Defendant's Motion [Doc. No. 11] is **GRANTED**. Judgment is **ENTERED** in favor of Defendant, Owen J. Roberts School District and against Plaintiffs, A.C. and D.C., parents and natural guardians, and on behalf of minor Plaintiff, C.C., on the Complaint and Counterclaim.

It is further **ORDERED** that the Clerk is directed to **CLOSE** the case.

It is so **ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**